

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

APR -9 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

MABEL J. CLEMMER, Individually
and as Executrix of the Estate of
JAMES M. CLEMMER,

Plaintiff,                                    CIVIL ACTION FILE

v.                                            NO. 2:07-CV-34

TIMOTHY SEAN WHITAKER, M.D.
and BLUE RIDGE SURGICAL, INC.,

Defendants

### PLAINTIFF'S  DISMISSAL WITH PREJUDICE

Plaintiff, by and through her undersigned counsel, hereby voluntarily

dismisses this case with prejudice.

RESPECTFULLY SUBMITTED this the 2nd day of April, 2008.

THE BARNES LAW GROUP, LLC

ROY E. BARNES
Ga. Bar No. 039000
JOHN R. BEVIS
Ga. Bar No. 056110
JOSEPH CITRON
Ga. Bar No. 126289
Attorneys for Plaintiff

This 2nd day of April, 2008.

THE BARNES LAW GROUP, LLC

John R. Bevis
Ga. Bar No. 056110
Attorneys for PLAINTIFF

The Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia  30060
Telephone:  770-419-8505
Facsimile:  770-590-8958
Bevis@barneslawgroup.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

MABEL J. CLEMMER, Individually
and as Executrix of the Estate of
JAMES M. CLEMMER,

           CIVIL ACTION FILE

Plaintiff,

v.          NO. 2:07-CV-34

TIMOTHY SEAN WHITAKER, M.D.
and BLUE RIDGE SURGICAL, INC.,

Defendants.

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that on this day, I have served counsel for Defendant with a

true and correct copy of *Plaintiff's Dismissal With Prejudice* by placing same in

the U.S. mail with sufficient postage affixed to ensure delivery addressed as

follows:

Robert G. Tanner, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
Suite 3000
950 East Paces Ferry Road
Atlanta, GA  30326

1

The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA  30060
Telephone:  770-419-8505
Facsimile:   770-590-8958